RECEIVED
AUG 1 2 2005
ROBERT H. ---, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MARY GRACE MATTISON | CIVIL ACTION NO. 05-0640 |
| VS. | JUDGE MELANÇON |
| TACO BELL CORP.<br>TACO BELL OF AMERICA, INC.<br>TRICON GLOBAL RESTAURANTS, INC.<br>YUM! BRANDS, INC. | MAGISTRATE JUDGE METHVIN |

## RULING ON JURISDICTIONAL AMOUNT

This diversity case was filed directly in federal court, under 28 U.S.C. § 1332. On July 21, 2005, the undersigned issued an order requiring plaintiff to file a memorandum with supporting documentation setting forth specific facts in controversy which supported a finding that the jurisdictional amount exists. Before the court is plaintiff's memorandum regarding jurisdictional amount. Defendants have not responded to plaintiff's memorandum.

Having reviewed plaintiff's memorandum and the exhibits thereto, I conclude that plaintiff has proven by a preponderance of the evidence that the amount in controversy exceeds $75,000 by setting forth the specific facts in controversy that support a finding of the jurisdictional amount. Simon v. Wal Mart Stores, 193 F.3d 848 (5th Cir. 1999); Luckett v. Delta Airlines, Inc., 171 F.3d 295 (5th Cir. 1999). Relevant jurisdictional facts which have been provided include that plaintiff alleges that she slipped on a liquid substance while in defendants' restaurant. As a result of the fall, plaintiff suffered a radial head fracture of the right elbow, injury to her right shoulder, and injuries to the cervical, thoracic and lumbar spine.[1] Plaintiff sets forth that her medical expenses are approximately $18,290.00, and that she has been treated continuously since the date of the accident for her injuries. Plaintiff also cites cases wherein

---

[1] Rec. Doc. 1.

plaintiffs with injuries similar to hers were awarded from $60,000.00 to $400,000.00 in general damages.

Based on the foregoing, the undersigned concludes that the jurisdictional amount has been established and an order of remand would not be appropriate.

Signed at Lafayette, Louisiana on _August 12th_, 2004.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140    FAX 593-5155